UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __7/1/09__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KOSSON ARCHITECTURAL ALUMINUM
& GLASS, INC.,

               Plaintiff,

         -against-

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

              Defendant.

       :

       :

       :

       :

       :

       :

09 Civ. 5772 (LAK) (AJP)

**ORDER**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

        1.     Plaintiff shall file an amended complaint, in compliance with Fed. R. Civ. P. 8, by July 15, 2009.  Defendant need not answer until the amended complaint is filed.

        2.     Counsel shall discuss how this case relates to 07 Civ. 10639, and whether it should be consolidated for discovery with 07 Civ. 10639.  Counsel shall advise the Court of their positions on this issue by July 17, 2009.  (The Court notes that the next status conference in 07 Civ. 10639 is July 23, 2009 at 10:00 a.m.)

C:\OPIN\

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:      New York, New York
            July 1, 2009

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **by fax & ECF** to:     Sayward Mazur, Esq.
                                Vincent J. Zichello, Esq.
                                Judge Lewis A. Kaplan

C:\OPIN\